**FILED**

May 30, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
v. )
)
TINA Y. TURLEY, )
)
          Defendant. )

Case No. CR.S-06-0184-LKK

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release   TINA Y. TURLEY  , Case No.   CR.S-06-

0184-LKK   , Charge   18USC § 1341   , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

         __    Release on Personal Recognizance

         __    Bail Posted in the Sum of $_____

               __    Unsecured Appearance Bond

               __    Appearance Bond with 10% Deposit

               __    Appearance Bond with Surety

               __    Corporate Surety Bail Bond

               _X_    (Other)     Pretrial conditions as stated on the record.

       This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

       Issued at  Sacramento, CA   on  May 30, 2006   at  2:00 pm   .

                        By   /s/ Gregory G. Hollows

                             Gregory G. Hollows
                             United States Magistrate Judge

Copy 5 - Court

Conditions of Release

RE:     Turley, Tina Yayoi
        CRS. 06-184-LKK

    1.    You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

    2.    You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

    3.    Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

    4.    You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

    5.    You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

    6.    You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer; additionally, you shall notify any potential employer of the nature of the charges contained in the Indictment.