DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-0184 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| TINA YAYOI TURLEY, | |
| Defendant. | |

This matter came on for Status Conference on June 13, 2006, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Heiko Coppola (for Matthew Stegman) appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant TINA YAYOI TURLEY. A further status conference date of July 18, 2006 was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from June 13, 2006, up to and including July 18, 2006.

Order After Hearing

1     Good cause appearing therefor,

2     IT IS ORDERED that the status conference in this matter is continued to July 18, 2006, at 9:30 a.m.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from June 13, 2006, up to and including July 18, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 16, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT