1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0184 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| TINA YAYOI TURLEY, | ) Date: August 29, 2006 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of July 18, 2006, is vacated and a new Status Conference hearing date of August 29, 2006 at 9:30 a.m. is hereby set.

This continuance is requested because counsel for plaintiff is not available, and because counsel for defendant is still in the process of on-going investigation, including reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this

case.

It is further stipulated that the period from July 18, 2006, through and including August 29, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 14, 2006                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        TINA YAYOI TURLEY

Dated: July 14, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        per telephonic authorization


IT IS SO ORDERED.

Dated: July 14, 2006
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation and Order                   -2-