DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-0184 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| TINA YAYOI TURLEY, | |
| Defendant. | |

This matter came on for Status Conference on August 29, 2006, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Heiko Coppola (for Matthew Stegman) appeared on behalf of plaintiff the United States of America. Assistant Federal Defender Rachelle Barbour (for Mary M. French) appeared on behalf of defendant TINA YAYOI TURLEY. A further status conference date of September 26, 2006, at 9:30 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 29, 2006, up to and including September 26, 2006.

Good cause appearing therefor,

IT IS ORDERED that a further status conference in this matter will be held on September 26, 2006, at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 29, 2006, up to and including September 26, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: September 6, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT