DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0184 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| TINA YAYOI TURLEY, ) | Date: October 31, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of September 26, 2006, is vacated and a new Status Conference hearing date of October 31, 2006 at 9:30 a.m. is hereby set.

This continuance is requested because counsel for defendant continues its investigation, including reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this case.

It is further stipulated that the period from September 26, 2006, through and including October 31, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 22, 2006        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

   /s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TINA YAYOI TURLEY

Dated: September 22, 2006        MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated: September 22, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                -2-