```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TINA YAYOI TURLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0184 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| TINA YAYOI TURLEY, ) | Date: December 5, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender Mary M. French, attorney for defendant, that the Status Conference hearing date of October 31, 2006, is vacated and a new Status Conference hearing date of December 5, 2006, at 9:30 a.m. is hereby set.

This continuance is requested because counsel for defendant continues its investigation, including reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this

case.

It is further stipulated that the period from October 31, 2006, through and including December 5, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 25, 2006　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

　/s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TINA YAYOI TURLEY

Dated: October 25, 2006　　　　　MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
　　　Matthew Stegman

_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated: October 26, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order　　　　　　　　　　　-2-