1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0184 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| TINA YAYOI TURLEY, | ) Date: January 17, 2007 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender Mary M. French, attorney for defendant, that the Status Conference hearing date of December 5, 2006, is vacated and a new Status Conference hearing date of January 17, 2007, at 9:30 a.m. is hereby set.

This continuance is requested because counsel for defendant continues its investigation, including reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this

1  case.

2  It is further stipulated that the period from December 5, 2006,
3  through and including January 17, 2007, should be excluded pursuant to
4  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5  counsel and defense preparation.

Dated: December 4, 2006                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Mary M. French
                                       MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       TINA YAYOI TURLEY


Dated: December 4, 2006                MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/  Mary M. French for
                                            Matthew Stegman
                                       _____
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
                                       per telephonic authorization




IT IS SO ORDERED.

Dated: December 4, 2006


                       LAWRENCE K. KARLTON
                       SENIOR JUDGE
                       UNITED STATES DISTRICT COURT