1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0184 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| TINA YAYOI TURLEY, | ) Date: February 13, 2007 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant, that the Status Conference hearing date of January 17, 2007, is vacated and a new Status Conference hearing date of February 13, 2007, at 9:30 a.m. is hereby set.

This continuance is requested because counsel for defendant continues its investigation, including reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this

case.

It is further stipulated that the period from January 17, 2007, through and including February 13, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 16, 2007            Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                 Federal Defender

                                                 /s/ Mary M. French
                                               MARY M. FRENCH
                                               Supervising Assistant
                                               Federal Defender
                                               Attorney for Defendant
                                               TINA YAYOI TURLEY

Dated: January 16, 2007            MCGREGOR W. SCOTT
                                               United States Attorney

                                               /s/  Mary M. French for
                                                   Matthew Stegman

                                               MATTHEW STEGMAN
                                               Assistant U.S. Attorney
                                               per telephonic authorization

IT IS SO ORDERED.

Dated: January 16, 2007

                                               LAWRENCE K. KARLTON
                                               SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT