| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARY M. FRENCH, #126643 |
| | Supervising Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | TINA YAYOI TURLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) NO. CR-S-06-0184 LKK
                                         Plaintiff,  )
                                                 ) STIPULATION AND ORDER CONTINUING
    v.  ) STATUS CONFERENCE
                                                 )
TINA YAYOI TURLEY,  ) Date: March 27, 2007
                                               ) Time: 9:30 a.m.
                    Defendant.  ) Judge: Hon. Lawrence K. Karlton
_____ )

    It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant, that the Status Conference hearing date of February 13, 2007, is vacated and a new Status Conference hearing date of March 27, 2007, at 9:30 a.m. is hereby set.

    This continuance is requested because counsel for defendant is still in the process of reviewing discovery received to date, requesting and reviewing defendant's medical and other records, conducting interviews, and researching legal issues relevant to this

case.

It is further stipulated that the period from February 13, 2007, through and including March 27, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: February 12, 2007       Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender


                                                /s/ Mary M. French
                                                MARY M. FRENCH
                                                Supervising Assistant
                                                Federal Defender
                                                Attorney for Defendant
                                                TINA YAYOI TURLEY

Dated: February 12, 2007       MCGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ Mary M. French for
                                                    Matthew Stegman

                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney
                                                per telephonic authorization

IT IS SO ORDERED.

Dated: February 12, 2007

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT