1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0184 LKK |
|         Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING |
|   v. | STATUS CONFERENCE |
| TINA YAYOI TURLEY, | Date: May 1, 2007 |
| | Time: 9:30 a.m. |
|         Defendant. | Judge: Hon. Lawrence K. Karlton |

    It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant, that the Status Conference hearing date of March 27, 2007, is vacated and a new Status Conference hearing date of May 1, 2007, at 9:30 a.m. is hereby set.

    This continuance is requested because the parties are discussing a possible resolution of the case and additional time is needed for defense counsel to discuss such possible resolution with her client.

    It is further stipulated that the period from March 27, 2007,

through and including May 1, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 23, 2007								Respectfully submitted,

										DANIEL J. BRODERICK
										Federal Defender


										  /s/ Mary M. French
										MARY M. FRENCH
										Supervising Assistant
										Federal Defender
										Attorney for Defendant
										TINA YAYOI TURLEY


Dated: March 23, 2007								MCGREGOR W. SCOTT
										United States Attorney


										/s/  Mary M. French for
										     Matthew Stegman
										_____
										MATTHEW STEGMAN
										Assistant U.S. Attorney
										per telephonic authorization


IT IS SO ORDERED.

Dated: March 26, 2007

										LAWRENCE K. KARLTON
										SENIOR JUDGE
										UNITED STATES DISTRICT COURT