DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-0184 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| TINA YAYOI TURLEY, | |
| Defendant. | |

This matter came on for Status Conference on May 1, 2007, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Matthew Stegman appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant TINA YAYOI TURLEY, whose waiver of appearance is on file. A further status conference date of May 30, 2007, at 9:30 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 1, 2007, up to and including May 30, 2007.

Good cause appearing therefor,

1     IT IS ORDERED that a further status conference in this matter will
2 be held on May 30, 2007, at 9:30 a.m.
3     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4 (iv) and Local Code T4, the period from May 1, 2007, up to and
5 including May 30, 2007, is excluded from the time computations required
6 by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   May 10, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT