1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TINA YAYOI TURLEY

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-06-0184 LKK
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND ORDER CONTINUING
14       v.                         )  STATUS CONFERENCE
                                    )
15 TINA YAYOI TURLEY,               )  Date:  June 26, 2007
                                    )  Time:  9:30 a.m.
16              Defendant.          )  Judge: Hon. Lawrence K. Karlton
                                    )
17 _____  )

18

19      It is hereby stipulated between the parties, Matthew Stegman,

20 Assistant United States Attorney, attorney for plaintiff, and

21 Supervising Assistant Federal Defender, Mary M. French, attorney for

22 defendant, that the Status Conference hearing date of May 30, 2007, is

23 vacated and a new Status Conference hearing date of June 26, 2007, at

24 9:30 a.m. is hereby set.

25      This continuance is requested because the parties are discussing a

26 possible resolution of the case and additional time is needed for

27 defense counsel to discuss such possible resolution with her client.

28      It is further stipulated that the period from May 30, 2007,

through and including June 26, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 25, 2007                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


  /s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TINA YAYOI TURLEY


Dated: May 25, 2007                        MCGREGOR W. SCOTT
United States Attorney


/s/  Mary M. French for
     Matthew Stegman

MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization


IT IS SO ORDERED.

Dated: May 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT