DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TINA YAYOI TURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0184 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| TINA YAYOI TURLEY, | Date: July 24, 2007 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant, that the Status Conference hearing date of June 26, 2007, is vacated and a new Status Conference hearing date of July 24, 2007, at 9:30 a.m. is hereby set.

This continuance is requested because the parties are discussing a possible resolution of the case and additional time is needed for defense counsel to discuss such possible resolution with her client.

It is further stipulated that the period from June 26, 2007,

through and including July 24, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 22, 2007        Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender


                             /s/ Mary M. French
                            MARY M. FRENCH
                            Supervising Assistant
                            Federal Defender
                            Attorney for Defendant
                            TINA YAYOI TURLEY


Dated: June 22, 2007        MCGREGOR W. SCOTT
                            United States Attorney


                            /s/  Mary M. French for
                                 Matthew Stegman
                            _____
                            MATTHEW STEGMAN
                            Assistant U.S. Attorney
                            per telephonic authorization



IT IS SO ORDERED.

Dated: June 25, 2007        /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT