```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TINA YAYOI TURLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0184 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| TINA YAYOI TURLEY, | ) Date: August 7, 2007 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant, that the Status Conference hearing date of July 24, 2007, is vacated and a new Status Conference hearing date of August 7, 2007, at 9:30 a.m. is hereby set.

This continuance is requested because the parties continue to discuss a possible resolution of the case and additional time is needed for defense counsel to discuss such possible resolution with her client. Also, counsel is not available on July 24, 2007.

It is further stipulated that the period from July 24, 2007, through and including August 7, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 13, 2007  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

  /s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TINA YAYOI TURLEY

Dated: July 13, 2007  MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
       Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated: July 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT