```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd. Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5  Attorney for Defendant
    TINA YAYOI TURLEY
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) CASE NO. CR-S-06-0184 LKK
                                 )
12              Plaintiff,       )
                                 ) ORDER AFTER HEARING
13      v.                       )
                                 )
14                               )
    TINA YAYOI TURLEY,           )
15                               )
                Defendant.       )
16  _____

17      This matter came on for Status Conference on August 7, 2007, in
18  the courtroom of the Honorable Lawrence K. Karlton.  Assistant United
19  States Attorney Laura Ferris (for Matthew Stegman) appeared on behalf
20  of plaintiff the United States of America.  Supervising Assistant
21  Federal Defender Mary M. French appeared on behalf of defendant TINA
22  YAYOI TURLEY, whose waiver of appearance is on file.  At that time, a
23  further status conference/change of plea hearing date of September 5,
24  2007, at 9:30 a.m. was set. Subsequently, the parties agreed to
25  reschedule the status conference/change of plea hearing to
26  September 11, 2007, due to the unavailability of defense counsel.
27      Accordingly, the parties agreed to exclude time from calculation
28  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
```

and Local Code T4, for preparation of counsel, from August 7, 2007, up to and including September 11, 2007.

Good cause appearing therefor,

IT IS ORDERED that a further status conference/change of plea hearing in this matter will be held on September 11, 2007, at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 7, 2007, up to and including September 11, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 9, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT