UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Tina Yayoi Turley,<br><br>　　　　　　Defendant. | No. 2:06-CR-000184-LKK<br><br>RELATED CASE ORDER |
| Tina Yayoi Turley (AKA Tina Cavasos, AKA Tina Billotte), Trustee of the Irrevocable Trust of Teruko Arima, Dated September 24, 2013 (and its successors and assignees),<br><br>　　　　　　Garnishee. | No. 2:22-MC-00239-MCE-CKD |
| Wells Fargo Bank, N.A. (and its successors and assignees),<br><br>　　　　　　Garnishee, | No. 2:22-MC-00226-KJM-JDP |
| Bank of America (and its successors and assignees),<br><br>　　　　　　Garnishee, | No. 2:22-MC-00227-WBS-CKD |
| Bank of the West (and its successors and assignees),<br><br>　　　　　　Garnishee, | No. 2:22-MC-00228-WBS-CKD |

1

The court has reviewed the dockets of these actions in response to the United States' notices of related cases. The court finds the miscellaneous cases are related within the meaning of Local Rule 123 because they involve the same or a similar claim and because reassignment to the same District Judge and Magistrate Judge is likely to achieve a substantial savings of judicial effort.  In the miscellaneous cases, the United States seeks a writ of continuing garnishment under the Federal Debt Collection Practices Act to enforce the criminal restitution order imposed against defendant Tina Yayoi Turley in the criminal case.

The cases captioned above are thus reassigned as follows:

(1) Case Nos. 22-mc-227, 22-mc-228, and 22-mc-239 are reassigned to Chief United States District Judge Kimberly J. Mueller and United States Magistrate Judge Jeremy D. Peterson.  The caption on documents filed in these cases shall be shown as 2:22-MC-00227-KJM-JDP, 2:22-MC-00228-KJM-JDP, and 2:22-MC-00239-KJM-JDP, respectively.

(2) The criminal action, 2:06-cr-00184-LKK, remains closed and is not reassigned.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: November 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE